**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRISHA HEIDRICH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 1:21-cv-04677 |
| ) | |
| LTF CLUB OPERATIONS COMPANY ) | |
| INC. d/b/a LIFE TIME FITNESS ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

To: The United States District Court for the Northern District of Illinois –Eastern Division.

    Plaintiffs' counsel:   Kelly L. Lancaster
                                   **Botto Gilbert Lancaster, PC**
                                   970 McHenry Avenue
                                   Crystal Lake, Illinois 60014
                                   klancaster@bgllaw.net

Pursuant to 28 U.S.C. §§1441 and 1446, Defendant, LTF CLUB OPERATIONS COMPANY, INC. ("LTF"), by and through its attorneys, LITCHFIELD CAVO LLP, hereby files this Notice of Removal of the above captioned matter from the Circuit Court of the Twenty-Second Judicial Circuit – McHenry County, Illinois to the United States District Court for the Northern District of Illinois – Eastern Division, and in support thereof states as follows.

    **A.**    **The Removed Case**

On August 4, 2021, Plaintiff filed a Complaint at Law in the Circuit Court of the Twenty-Second Judicial Circuit – McHenry County, Illinois, captioned *Trisha Heidrich v. LTF Club Operations Company, Inc. d/b/a Life Time Fitness,* bearing Case Number 21LA000208. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 1**.

Plaintiff's Complaint alleges that she sustained personal injuries on January 27, 2020, in an accident that allegedly occurred at a LTF health club located at 451 Rolls Road, Algonquin, Illinois. Plaintiff's Complaint alleges that Defendant LTF owned, managed, and used that health club and asserts a negligence claim. **Exhibit 1**.

**B.     Venue**

Venue of this action is proper under 28 U.S.C. §1441(a) because this Court is the United States District Court for the district corresponding to the place where the state court action was pending.

**C.     Removal is Timely**

Plaintiff filed her Complaint on August 4, 2021. Removal, therefore, is timely under 28 U.S.C. §1446(b) because notice has been filed within 30 days of LTF receiving the initial pleading in the state court action. See **Exhibit 1**.

**D.     Service of Removal Papers**

Pursuant to 28 U.S.C. §1446(d) written notice of removal shall be given to Plaintiff's counsel and a Notice of Filing of Notice of Removal shall be filed in the Circuit Court of McHenry County, Illinois. A true and correct copy of the Notice of Filing of Notice of Removal is attached as **Exhibit 2**.

**E.     Jurisdiction Under 28 U.S.C. §1332**

This is a civil action that properly falls under the Court's original jurisdiction under 28 U.S.C. §1332 and is one that may be removed under 28 U.S.C. §1441. There is a complete diversity of citizenship among the parties. Plaintiff was a patron of Defendant LTF's Algonquin, Illinois location and an Illinois resident at the time of her alleged accident. Corporate Defendant LTF Club Operations Company, Inc. is a citizen of Minnesota. It is a corporation duly organized and existing

under and by virtue of the laws of the State of Minnesota, with its headquarters and principal place of business in Chanhassen, Minnesota. See Affidavit of Christopher Ryan, **Exhibit 3**.

The amount in controversy in this action exceeds the sum of $75,000 exclusive of interest and costs. Plaintiff's Complaint prays for damages in excess of $50,000 for her claims arising out of her "severe and permanent injury". See **Exhibit 1** at paragraphs 5-6. Where a plaintiff's complaint alleges permanent injuries and significant medical expenses, it is apparent from the face of the complaint that damages exceed the jurisdictional amount. *McCoy v. General Motors Corp.*, 226 F. Supp.2d 939, 942 (N.D. Ill. 2002).

By filing this Notice of Removal, Defendant, LTF Club Operations Company, Inc., does not waive any jurisdictional objections or any other available defenses.

WHEREFORE, Defendant, LTF CLUB OPERATIONS COMPANY, INC., respectfully requests that this civil action be removed from the Circuit Court of the Twenty-Second Judicial Circuit – McHenry County, Illinois, and that this Court accept jurisdiction over this action, and henceforth, that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

          Respectfully submitted,

          /s/ Michael L. Hahn
          One of the Attorneys for Defendant
          LTF Club Operations Company, Inc.

Michael L. Hahn
Victoria E. Vanderschaaf
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Hahn@LitchfieldCavo.com
Vanderschaaf@LitchfieldCavo.com
(312) 781-6569
Fax: (312) 781-6630

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2021, the foregoing Notice of Removal and accompanying documents were served via email to the following party:

>Kelly L. Lancaster
>**Botto Gilbert Lancaster, PC**
>970 McHenry Avenue
>Crystal Lake, Illinois 60014
>klancaster@bgllaw.net

>/s/ Michael L. Hahn
>One of the Attorneys for Defendant
>LTF Club Operations Company, Inc.