# Exhibit 1

*Trisha Heidrich, et al. v. LTF Club Operations, Inc.*
Exhibit to Notice of Removal

\*\* FILED \*\* Env: 14299754
McHenry County, Illinois
21LA000208
Date: 8/4/2021 9:02 AM
Katherine M. Keefe
Clerk of the Circuit Court

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

| | |
|---|---|
| TRISHA HEIDRICH, | ) |
| Plaintiff, | ) Case No. 21LA000208 |
| v. | ) |
| LTF CLUB OPERATIONS COMPANY, INC. D/B/A LIFE TIME FITNESS, | ) |
| Defendant. | ) |

NOTICE
THIS CASE IS HEREBY SET FOR A SCHEDULING CONFERENCE IN COURTROOM TBD ON 11-03-2021, AT TBD. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

## COMPLAINT AT LAW

NOW COMES the Plaintiff, TRISHA HEIDRICH, by and through her attorneys, BOTTO GILBERT LANCASTER, P.C., and complains of the Defendant, LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS and pleading hypothetically and in the alternative, states as follows:

1. On or about January 27, 2020, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, (hereinafter LTF) owned, managed and was in the use, possession, operation and control of a certain health & fitness center facility, commonly referred to as Life Time Fitness located at 451 Rolls Road, Algonquin, Illinois and in particular owned, managed and was in the use, possession, operation and control of a certain swimming pool and specifically the pool filter/grate, located within the health & fitness center.

2. At all times mentioned herein, the Plaintiff TRISHA HEIDRICH, was a patron of the aforedescribed health and fitness center and was using the facility and the swimming pool in a manner and for a purpose for which it was intended to be used.

3. It then and there became the duty of the Defendant, LTF, operating by and through its agents and servants, to exercise reasonable care in its direction, use, maintenance, operation

and control of the aforedescribed facility and the swimming pool and specifically the pool filter/grate cover, so as to make same reasonably safe to members of the general public, and in particular, to patrons such as the Plaintiff, TRISHA HEIDRICH.

4. Notwithstanding the above-described duty, the Defendant LTF, operating by and through its agents and servants, did then and there commit one or more of the following acts of misconduct, to wit:

   a. Carelessly and improperly failed to properly maintain the swimming pool and specifically the pool filter/grate cover although it knew or should have known that the failure to do so would create an unsafe condition;

   b. Carelessly and improperly failed to inspect the swimming pool and specifically the pool filter/grate cover although it knew or should have known that the failure to do so would create an unsafe condition;

   c. Carelessly and improperly failed to maintain an adequate maintenance program to ensure that the swimming pool and specifically the pool filter/grate cover was safe for patron use although it knew or should have known that the failure to do so would create an unsafe condition;

   d. Carelessly and improperly used an inferior material for the pool filter/grate cover so that same was unsafe for use although it knew or should have known that it would create an unsafe condition;

   e. Carelessly and improperly failed to warn members of the general public, and in particular the Plaintiff herein, of the above-described unsafe conditions.

5. As a direct and proximate result of one or more of the foregoing acts of misconduct on the part of the Defendant, LTF, operating as aforedescribed, while exiting the zero depth swimming pool the pool filter/grate cover broke causing Plaintiff's foot to fall through, get stuck and Plaintiff was caused to fall, striking the floor with great force and violence and sustaining serious and permanent injury as hereinafter set forth.

6. As a proximate result of the above occurrence, the Plaintiff sustained severe and permanent injury, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs and has lost and will in the future continue to lose the value of that time as aforementioned. The Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. The Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, TRISHA HEIDRICH, demands judgment against the Defendant, LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, in a fair and reasonable sum over and above FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted:

/s/ Kelly Lancaster

KELLY L LANCASTER,
Attorney for Plaintiff

Prepared by:
KELLY L LANCASTER (06280424)
BOTTO GILBERT LANCASTER, PC
970 McHenry Avenue
Crystal Lake, IL 60014
(815) 338-3838
scrocker@bgllaw.net; klancaster@bgllaw.net
KLL/sc

3

** FILED ** Env: 14299754
McHenry County, Illinois
21LA000208
Date: 8/4/2021 9:02 AM
Katherine M. Keefe
Clerk of the Circuit Court

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

| | |
|---|---|
| TRISHA HEIDRICH, | ) |
| Plaintiff, | ) Case No. 21LA000208 |
| v. | ) |
| LTF CLUB OPERATIONS COMPANY, INC. D/B/A LIFE TIME FITNESS, | ) |
| Defendant. | ) |

### AFFIDAVIT OF DAMAGES
### SUPREME COURT RULE 222

The undersigned, being first duly sworn upon oath, deposes and states that she is one of the attorneys for the party in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed FIFTY THOUSAND DOLLARS and 00/100 ($50,000.00).

Respectfully submitted:

/s/ Kelly Lancaster

KELLY L LANCASTER,
Attorney for Plaintiff

Prepared by:
KELLY L LANCASTER (06280424)
BOTTO GILBERT LANCASTER, PC
970 McHenry Avenue
Crystal Lake, IL 60014
(815) 338-3838
scrocker@bgllaw.net; klancaster@bgllaw.net
KLL/sc